UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

ANTHONY JOSEPH LOPEZ )
)
v. ) Case No. 1:15-CV-202
)
MARK KAYLOR *et al.* )

O R D E R

The above styled case has been reviewed by the undersigned Magistrate Judge pursuant to Local Rule 3.2(d)(3). I conclude this case is related to Case No. 1:15-CV-86-CLC-CHS, *Lopez v. Kaylor*. This case shall be assigned to the district judge and magistrate judge assigned to previously filed case no. 1:15-cv-86-CLC-CHS.

SO ORDERED.

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE